08cv1814
JUDGE BUCKLO
MAG. JUDGE NOLAN

**PRISONER CASE**

**FILED**
MAR 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Walter Russell

**Defendant(s):** Donald Hubrick, Warden of Menard Correctional Center

**County of Residence:** Cook County (currently an inmante in Menard, Illinois)

**County of Residence:**

**Plaintiff's Atty:** Timothy Duffy & Andrew P. Young
Kirkland & Ellis LLP
200 East Randolph,
Chicago, Illinois
312-861-2000

**Defendant's Atty:**

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)
   Plaintiff:-1 Citizen of This State
   Defendant:-1 Citizen of This State

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 530 Habeas Corpus General

**VI. Cause of Action:** 28 U.S.C. 2254, 28 U.S.C. 1651, 28 U.S.C. 1331

**VII. Requested in Complaint**
   Class Action: No
   Dollar Demand:
   Jury Demand:

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm                3/28/2008

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** _[signature]_

**Date:** 3/27/08

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**        Revised: 06/28/00