# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ELAINE E. BUCKLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1814 | **DATE** | 4/3/08 |
| **CASE TITLE** | U.S. ex rel. Walter Russell (#R-28770) vs. Warden Donald Hulick | | |

**DOCKET ENTRY TEXT:**

The respondent is ordered to answer the petition or otherwise plead within twenty-one days of the date of this order. Status hearing set for 5/16/08 at 9:30 a.m.

■ [**For further details see text below.**]   Docketing to mail notices.

## STATEMENT

Walter Russell, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner, through counsel, challenges his convictions for murder and attempted murder on the grounds that: (1) the Illinois appellate courts denied him meaningful review; (2) the jury received improper instructions on witness identification; (3) illegally obtained evidence was introduced to the jury; (4) the petitioner was placed in an overly suggestive lineup; (5) the jury should not have been instructed on accountability when there was insufficient evidence to support a theory that the petitioner had acted as an accomplice; and (6) the evidence did not establish the petitioner's guilt beyond a reasonable doubt. The petitioner has paid the statutory filing fee.

The petitioner indicates that he has exhausted state court remedies with respect to the claims raised in his federal habeas petition; furthermore, he appears to have filed his petition in a timely manner. Accordingly, the respondent is ordered to answer the petition or otherwise plead within twenty-one days of the date this order is entered on the Clerk's docket. This preliminary order to respond does not, of course, preclude the State from making whatever waiver, exhaustion or timeliness arguments it may wish to present.

mjm