**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 1814 |
|---|---|

Walter Russell, Petitioner

v.

Donald Hulick, Warden, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Donald Hulick, Warden, Respondent.

| NAME (Type or print) |
|---|
| Charles Redfern |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Charles Redfern |
| FIRM |
| Office of the Illinois Attorney General - Criminal Appeals Division |
| STREET ADDRESS |
| 100 W. Randolph, 12th Floor |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6283811 | 312-814-3565 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2008, I submitted my **Appearance** for electronic filing and uploading to the CM/ECF system.  A copy of this document was e-mailed via the CM/ECF system to:

> Andrew P. Young
> Counsel for Walter Russell
> Kirkland & Ellis, LLP
> 200 East Randolph Drive
> Suite 6100
> Chicago, Illinois 60601
> apyoung@kirkland.com

 

> /s/ Charles Redfern
> CHARLES REDFERN, Bar No. 6283811
> Assistant Attorney General
> 100 W. Randolph Street, 12th Floor
> Chicago, IL 60601-3218
> PHONE: (312) 814-3565
> FAX: (312) 814-2253
> EMAIL: credfern@atg.state.il.us