UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. WALTER RUSSELL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 1814 |
| DONALD HULICK, Warden, | ) ) | The Honorable Elaine E. Bucklo, |
| Respondent. | ) | Judge Presiding. |

**MOTION FOR FIRST EXTENSION OF TIME
TO ANSWER OR OTHERWISE DEFEND
AGAINST PETITION FOR WRIT OF HABEAS CORPUS**

Pursuant to Federal Rule of Civil Procedure 7(b)(1), respondent Terry McCann hereby moves for a 30-day extension of time to answer or otherwise defend against petitioner's petition for writ of habeas corpus, stating as follows:

1.  Respondent's answer or other response to the petition is currently due on or before April 24, 2008.

2.  Despite due diligence, counsel will be unable to file respondent's answer or other response on or before April 24, 2008.  Counsel has requested, but yet received, the relevant state court materials necessary to file an informed response to the instant petition.

3.  This motion is respondent's first request for an extension of time.

4.  This motion is not intended for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

5. Counsel for petitioner does not object to this motion.

WHEREFORE, respondent respectfully requests that this Court grant his motion for a 30-day extension of time, to and including May 27, 2008 within which to answer or otherwise defend against the petition.

April 21, 2008                                        Respectfully submitted,

                                                      LISA MADIGAN
                                                      Attorney General of Illinois

                                        BY:   /s/ Charles Redfern
                                              CHARLES REDFERN, Bar No. 6283811
                                              Assistant Attorney General
                                              100 W. Randolph Street, 12th Floor
                                              Chicago, IL 60601-3218
                                              PHONE: (312) 814-3565
                                              FAX: (312) 814-2253
                                              EMAIL: credfern@atg.state.il.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2008 I submitted Respondent's **Motion for First Extension of Time to Answer or Otherwise Defend Against Petition for Writ of Habeas Corpus** and the accompanying **Notice of Motion** for electronic filing and uploading to the CM/ECF system. A copy of this document was e-mailed via the CM/ECF system to:

      Andrew P. Young
      Counsel for Walter Russell
      Kirkland & Ellis, LLP
      200 East Randolph Drive
      Suite 6100
      Chicago, Illinois 60601
      apyoung@kirkland.com

      /s/ Charles Redfern
      CHARLES REDFERN, Bar No. 6283811
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, IL 60601-3218
      PHONE: (312) 814-3565
      FAX: (312) 814-2253
      EMAIL: credfern@atg.state.il.us