UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. WALTER RUSSELL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 1814 |
| DONALD HULICK, Warden, | ) ) | The Honorable<br>Elaine E. Bucklo, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Andrew P. Young
    Counsel for Walter Russell
    Kirkland & Ellis, LLP
    200 East Randolph Drive
    Suite 6100
    Chicago, Illinois 60601
    apyoung@kirkland.com

On Thursday, April 24, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 1441, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Motion for First Extension of Time to Answer or Otherwise Defend Against Petition for Writ of Habeas Corpus.**

April 21, 2008                    Respectfully submitted,

                        LISA MADIGAN
                        Attorney General of Illinois

            BY:   /s/ Charles Redfern
                        CHARLES REDFERN, Bar No. 6283811
                        Assistant Attorney General
                        100 W. Randolph Street, 12th Floor
                        Chicago, IL 60601-3175
                        PHONE: (312) 814-3565
                        FAX: (312) 814-2253
                        EMAIL: credfern@atg.state.il.us