UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. WALTER RUSSELL, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | )<br>) | No. 08 C 1814 |
| DONALD HULICK, Warden, | )<br>) | The Honorable<br>Elaine E. Bucklo, |
| Respondent. | ) | Judge Presiding. |

**MOTION FOR SECOND EXTENSION OF TIME
TO ANSWER OR OTHERWISE DEFEND
AGAINST PETITION FOR WRIT OF HABEAS CORPUS**

Pursuant to Federal Rule of Civil Procedure 7(b)(1), respondent Donald Hulick hereby moves for a 30-day extension of time to answer or otherwise defend against petitioner's petition for writ of habeas corpus, stating as follows:

1. Respondent's answer or other response to the petition is currently due on or before May 27, 2008.

2. Despite due diligence, counsel will be unable to file respondent's answer or other response on or before May 27, 2008. Counsel has requested, but has only received a portion of the relevant state court materials necessary to file an informed response to the instant petition.

3. This motion is respondent's second request for an extension of time.

4. This motion is not intended for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

    5.    Counsel for petitioner does not object to this motion.

WHEREFORE, respondent respectfully requests that this Court grant his motion for a 30-day extension of time, to and including June 26, 2008 within which to answer or otherwise defend against the petition.

May 20, 2008                                              Respectfully submitted,

                                                                                   LISA MADIGAN
                                                                                    Attorney General of Illinois

BY:    /s/ Charles Redfern
           CHARLES REDFERN, Bar No. 6283811
           Assistant Attorney General
           100 W. Randolph Street, 12th Floor
           Chicago, IL 60601-3218
           PHONE: (312) 814-3565
           FAX: (312) 814-2253
           EMAIL: credfern@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008 I submitted Respondent's **Motion for Second Extension of Time to Answer or Otherwise Defend Against Petition for Writ of Habeas Corpus** and the accompanying **Notice of Motion** for electronic filing and uploading to the CM/ECF system. A copy of this document was e-mailed via the CM/ECF system to:

>Andrew P. Young
>Counsel for Walter Russell
>Kirkland & Ellis, LLP
>200 East Randolph Drive
>Suite 6100
>Chicago, Illinois 60601
>apyoung@kirkland.com

>/s/ Charles Redfern
>CHARLES REDFERN, Bar No. 6283811
>Assistant Attorney General
>100 W. Randolph Street, 12th Floor
>Chicago, IL 60601-3218
>PHONE: (312) 814-3565
>FAX: (312) 814-2253
>EMAIL: credfern@atg.state.il.us