UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. WALTER RUSSELL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 1814 |
| DONALD HULICK, Warden, | ) ) | The Honorable Elaine E. Bucklo, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Andrew P. Young
      Counsel for Walter Russell
      Kirkland & Ellis, LLP
      200 East Randolph Drive
      Suite 6100
      Chicago, Illinois 60601
      apyoung@kirkland.com

On Tuesday, May 27, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 1441, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Motion for Second Extension of Time to Answer or Otherwise Defend Against Petition for Writ of Habeas Corpus.**

May 20, 2008                                         Respectfully submitted,

                                                     LISA MADIGAN
                                                     Attorney General of Illinois

                                            BY:      /s/ Charles Redfern
                                                     CHARLES REDFERN, Bar No. 6283811
                                                     Assistant Attorney General
                                                     100 W. Randolph Street, 12th Floor
                                                     Chicago, IL 60601-3218
                                                     PHONE: (312) 814-3565
                                                     FAX: (312) 814-2253
                                                     EMAIL: credfern@atg.state.il.us