UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. WALTER RUSSELL,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>DONALD HULICK, Warden,<br><br>　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 08 C 1814<br><br>The Honorable<br>Elaine E. Bucklo,<br>Judge Presiding. |

**AGREED MOTION FOR THIRD EXTENSION OF TIME
TO ANSWER OR OTHERWISE DEFEND
AGAINST PETITION FOR WRIT OF HABEAS CORPUS**

　　Pursuant to Federal Rule of Civil Procedure 7(b)(1), respondent Donald Hulick hereby moves for a 30-day extension of time to answer or otherwise defend against petitioner's petition for writ of habeas corpus, stating as follows:

　　1.　Respondent's answer or other response to the petition is currently due on or before June 26, 2008.

　　2.　Despite due diligence, counsel will be unable to file respondent's answer or other response on or before June 26, 2008.  Counsel received the necessary state court materials to provide an informed response to the present petition on June 25, 2008.

　　3.　This motion is respondent's third request for an extension of time.

　　4.　This motion is not intended for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

5. Counsel for petitioner does not object to this motion.

WHEREFORE, respondent respectfully requests that this Court grant his motion for a 30-day extension of time, to and including July 28, 2008 within which to answer or otherwise defend against the petition.

June 25, 2008                                         Respectfully submitted,

                                                                    LISA MADIGAN
                                                                    Attorney General of Illinois

BY:   /s/ Charles Redfern
       CHARLES REDFERN, Bar No. 6283811
       Assistant Attorney General
       100 W. Randolph Street, 12th Floor
       Chicago, IL 60601-3218
       PHONE: (312) 814-3565
       FAX: (312) 814-2253
       EMAIL: credfern@atg.state.il.us

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 25, 2008 I submitted Respondent's **Agreed Motion for Third Extension of Time to Answer or Otherwise Defend Against Petition for Writ of Habeas Corpus** and the accompanying **Notice of Motion** for electronic filing and uploading to the CM/ECF system.  A copy of this document was e-mailed via the CM/ECF system to:

    Andrew P. Young
    Counsel for Walter Russell
    Kirkland & Ellis, LLP
    200 East Randolph Drive
    Suite 6100
    Chicago, Illinois 60601
    apyoung@kirkland.com

            /s/ Charles Redfern
            CHARLES REDFERN, Bar No. 6283811
            Assistant Attorney General
            100 W. Randolph Street, 12th Floor
            Chicago, IL 60601-3218
            PHONE: (312) 814-3565
            FAX: (312) 814-2253
            EMAIL: credfern@atg.state.il.us