UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. WALTER RUSSELL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 1814 |
| DONALD HULICK, Warden, | ) ) | The Honorable Elaine E. Bucklo, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To: Andrew P. Young
Counsel for Walter Russell
Kirkland & Ellis, LLP
200 East Randolph Drive
Suite 6100
Chicago, Illinois 60601
apyoung@kirkland.com

On Tuesday, July 1, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 1441, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Agreed Motion for Third Extension of Time to Answer or Otherwise Defend Against Petition for Writ of Habeas Corpus.**

June 25, 2008

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

BY:   /s/ Charles Redfern
CHARLES REDFERN, Bar No. 6283811
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601-3218
PHONE: (312) 814-3565
FAX: (312) 814-2253
EMAIL: credfern@atg.state.il.us