# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Walter Russell

        Plaintiff,

v.                                                                   Case No.: 1:08–cv–01814
                                                                     Honorable Elaine E. Bucklo

Donald Hulick

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 27, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Respondent's agreed motion for extension of time [14] until 7/28/08 to respond to the petition is granted. Status hearing reset for 8/8/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.