UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. WALTER RUSSELL, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | )<br>) | No. 08 C 1814 |
| DONALD HULICK, Warden, | )<br>) | The Honorable<br>Elaine E. Bucklo, |
| Respondent. | ) | Judge Presiding. |

**AGREED MOTION FOR FOURTH EXTENSION OF TIME
TO ANSWER OR OTHERWISE DEFEND
AGAINST PETITION FOR WRIT OF HABEAS CORPUS**

Pursuant to Federal Rule of Civil Procedure 7(b)(1), respondent Donald Hulick hereby moves for a 30-day extension of time to answer or otherwise defend against petitioner's petition for writ of habeas corpus, stating as follows:

1. Respondent's answer or other response to the petition is currently due on or before July 28, 2008.

2. Despite due diligence, counsel will be unable to file respondent's answer or other response on or before July 28, 2008. Counsel is diligently working to prepare respondent's answer in addition to working on his other cases.

3. This motion is respondent's fourth request for an extension of time.

4. This motion is not intended for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

5. Counsel for petitioner does not object to this motion.

WHEREFORE, respondent respectfully requests that this Court grant his motion for a 30-day extension of time, to and including August 27, 2008 within which to answer or otherwise defend against the petition.

July 28, 2008                               Respectfully submitted,

                                            LISA MADIGAN
                                            Attorney General of Illinois

                        BY:    /s/ Charles Redfern
                               CHARLES REDFERN, Bar No. 6283811
                               Assistant Attorney General
                               100 W. Randolph Street, 12th Floor
                               Chicago, IL 60601-3218
                               PHONE: (312) 814-3565
                               FAX: (312) 814-2253
                               EMAIL: credfern@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2008 I submitted Respondent's **Agreed Motion for Fourth Extension of Time to Answer or Otherwise Defend Against Petition for Writ of Habeas Corpus** and the accompanying **Notice of Motion** for electronic filing and uploading to the CM/ECF system. A copy of this document was e-mailed via the CM/ECF system to:

      Andrew P. Young
      Counsel for Walter Russell
      Kirkland & Ellis, LLP
      200 East Randolph Drive
      Suite 6100
      Chicago, Illinois 60601
      apyoung@kirkland.com

      /s/ Charles Redfern
      CHARLES REDFERN, Bar No. 6283811
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, IL 60601-3218
      PHONE: (312) 814-3565
      FAX: (312) 814-2253
      EMAIL: credfern@atg.state.il.us