UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. WALTER RUSSELL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 1814 |
| DONALD HULICK, Warden, | ) ) | The Honorable<br>Elaine E. Bucklo, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To: Andrew P. Young
Counsel for Walter Russell
Kirkland & Ellis, LLP
200 East Randolph Drive
Suite 6100
Chicago, Illinois 60601
apyoung@kirkland.com

On Thursday, July 31, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 1441, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Agreed Motion for Fourth Extension of Time to Answer or Otherwise Defend Against Petition for Writ of Habeas Corpus.**

July 28, 2008                                             Respectfully submitted,

                                                          LISA MADIGAN
                                                          Attorney General of Illinois

                                   BY:   /s/ Charles Redfern
                                                          CHARLES REDFERN, Bar No. 6283811
                                                          Assistant Attorney General
                                                          100 W. Randolph Street, 12th Floor
                                                          Chicago, IL 60601-3218
                                                          PHONE: (312) 814-3565
                                                          FAX: (312) 814-2253
                                                          EMAIL: credfern@atg.state.il.us