## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Walter Russell
                Plaintiff,

v.                                        Case No.: 1:08–cv–01814
                                                 Honorable Elaine E. Bucklo

Donald Hulick
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

       MINUTE entry before the Honorable Elaine E. Bucklo:Respondent's unopposed motion for extension of time [17] until 8/27/08 to respond to the habeas corpus petition is granted. Accordingly, reply will be due by 9/26/08. Target date for ruling by mail set for 10/31/08. Status hearing set for 8/8/08 is now vacated.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.