UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. WALTER RUSSELL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 1814 |
| DONALD HULICK, Warden, | ) ) | The Honorable Elaine E. Bucklo, |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME TO ANSWER THE PETITION FOR WRIT OF HABEAS CORPUS

Pursuant to Federal Rule of Civil Procedure 7(b)(1), respondent Donald Hulick hereby moves for a 30-day extension of time to answer or otherwise defend against petitioner's petition for writ of habeas corpus, stating as follows:

1.      Respondent's answer or other response to the petition is currently due on or before August 27, 2008.  Despite due diligence, counsel will be unable to file respondent's answer on or before August 27, 2008.  Counsel has been diligently working to prepare respondent's answer in addition to working on other cases that also have deadlines.

2.      This motion is respondent's fifth request for an extension of time.  This motion is not intended for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

3.      Respondent's counsel consulted with petitioner's counsel prior to filing this motion.  Petitioner's counsel objects to the present motion.

4.    Respondent's counsel provides the following timeline with detailed explanation of his diligent efforts in this matter:

•    <u>March 28, 2008:</u>  Petitioner filed his petition.  (Dkt. No. 1).

•    <u>April 3, 2008:</u>  This Court ordered respondent to answer or otherwise respond to the habeas petition by April 24, 2008.  (Dkt. No. 5).

•    <u>April 8, 2008:</u>  This case was assigned to respondent's counsel who appeared in this case.  (Dkt. No. 6).  The assigned paralegal in respondent's counsel's office requested the state court record from the Circuit Court of Cook County.  These documents, not supplied by petitioner, were needed to provide an informed response to the present petition.

•    <u>April 21, 2008:</u>  Respondent's counsel filed respondent's first motion for an extension of time, (Dkt. No. 7), as respondent's counsel had not received the necessary state court materials.  This Court granted the motion and set May 27, 2008 as the new date for respondent's answer. (Dkt. No. 10).

•    <u>April 25, 2008:</u>  Respondent's counsel's paralegal informed respondent's counsel that the Circuit Court of Cook County is unable to locate petitioner's state court records.  The paralegal explained that the Circuit Court of Cook County's Clerk's Office has a central warehouse for storing closed cases like petitioner's located at 26th and California, Chicago, Illinois.  While petitioner's state court records should have been at that warehouse because the case is completed, the warehouse checked twice and was unable to locate the record.  The paralegal also checked with the Markham courthouse — the courthouse where

2

petitioner was convicted — to see if the record was at Markham.  Markham informed the paralegal that they did not have the record.

- <u>April 25, 2008 through June 15, 2008:</u>  Respondent's counsel and paralegal make various inquiries to members of the Circuit Court of Cook County, Clerk's Office, Markham Courthouse staff, and attorneys involved in the state court proceedings to locate the petitioner's state court record.  Respondent's counsel is ultimately informed that the Markham Courthouse is in possession of the state court record and that the Markham Courthouse staff's previous statements that it did not have the record were in error.  However, the Markham Courthouse staff informed respondent's counsel that it will not release the state court record to respondent's counsel without a court order.

- <u>May 20, 2008:</u> Respondent's counsel filed a second motion for extension of time.  (Dkt. No. 11).  Respondent's counsel consulted with petitioner's counsel prior to filing the motion and explained the difficulties involved in locating the state court record.  Petitioner's counsel agreed to the extension of time.  This Court granted the motion and set June 26, 2008 as the new date for respondent's answer. (Dkt. No. 13).

- <u>June 25, 2008:</u>  Respondent's counsel appeared before the Honorable Thomas J. O'Hara of the Circuit Court of Cook County, Criminal Division in Markham, Illinois and obtained a court order instructing the Circuit Court of Cook County to release the state court records to respondent's counsel.  (Exhibit A). Respondent's counsel informed petitioner's counsel that he has obtained all

3

necessary state court materials for respondent's response to the habeas petition. Respondent filed a third motion for extension of time, (Dkt. No. 14), to which petitioner's counsel concurred. This Court granted the motion and set July 28, 2008 as the new date for respondent's response. (Dkt. No. 16).

•    <u>July 28, 2008:</u>  Respondent filed a fourth motion for extension of time, (Dkt. No. 17), which this Court granted. The Court set August 27, 2008 as the new date for respondent's response. (Dkt. No. 19). The Court's order did not state the extension was final.

5.    As of the filing of the present motion, respondent's counsel has been in possession of the voluminous state court record for 62 days. The state court record consists of approximately 2000 pages of transcripts and 200 pages of appellate briefs and opinions. Respondent's counsel needed to review the entire record because petitioner's present habeas petition raises arguments involving the factual record including the validity of witness identifications, the evidence supporting his conviction and the alleged suggestiveness of the lineup procedure at which petitioner was identified. Respondent's counsel has completed reviewing the state court record and is in the process of drafting respondent's response.

6.    In addition to diligently pursing this case during the time in question, respondent's counsel has completed the following substantive filings in other cases:

•    Appellate Brief, *People v. Hargett*, No. 3-07-332 (Ill. App. Ct. Apr. 14, 2008);

•    Motion to Dismiss, *Allen v. Hathaway*, No. 05 CR 5234 (Circuit Court of Cook County May 8, 2008);

- Motion to Dismiss, *Tolbert v. Jones*, No. 08 MR 2 (Circuit Court of Livingston County May 27, 2008);

- Supreme Court of Illinois Brief, *People v. Van Schoyck*, No. 105632 (Ill. June 11, 2008);

- Habeas Answer, *Hillard v. Loftus*, No. 08 C 1775 (N.D. Ill. July 1, 2008);

- Motion to Dismiss, *Williams v. Madigan*, No. 08-3139 (C.D. Ill. July 11, 2008);

- Motion to Dismiss, *Davis v. Jungworth*, No. 08 C 3710 (N.D. Ill. July 22, 2008);

- Habeas Answer, *Johnson v. McCann*, No. 08 C 2107 (C.D. Ill. Aug. 14, 2008);

- Habeas Answer, *Chavez v. Hulick*, No. 08 C 50014 (N.D. Ill. Aug. 19, 2008); and

- Motion to Dismiss, *Handy v. Austin*, No. 08-242 (S.D. Ill. Aug. 20, 2008).

9. In addition to the present case, respondent's upcoming deadlines include:

- Motion to Dismiss, *Spicer v. Walls*, No. 08 C 3577 (N.D. Ill. Sept. 5, 2008);

- Motion to Dismiss, *People v. Kitchen and Reeves*, No. 88 CR 15409 (Circuit Court of Cook County Sept. 9, 2008); and

- Oral Argument, *People v. Van Schoyck*, No. 105632 (Ill. Sept. 10, 2008).

WHEREFORE, respondent respectfully requests that this Court grant his motion for a 30-day extension of time, to and including September 26, 2008 within which to answer or otherwise defend against the petition.

August 26, 2008                               Respectfully submitted,

                                              LISA MADIGAN
                                              Attorney General of Illinois

                              BY:    /s/ Charles Redfern
                                     CHARLES REDFERN, Bar No. 6283811
                                     Assistant Attorney General
                                     100 W. Randolph Street, 12th Floor
                                     Chicago, IL 60601-3218
                                     PHONE: (312) 814-3565
                                     FAX: (312) 814-2253
                                     EMAIL: credfern@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008 I submitted Respondent's **Motion For Extension Of Time To Answer The Petition for Writ of Habeas Corpus** and the accompanying **Notice of Motion** for electronic filing and uploading to the CM/ECF system.  A copy of this document was e-mailed via the CM/ECF system to:

> Andrew P. Young
> Counsel for Walter Russell
> Kirkland & Ellis, LLP
> 200 East Randolph Drive
> Suite 6100
> Chicago, Illinois 60601
> apyoung@kirkland.com

> /s/ Charles Redfern
> CHARLES REDFERN, Bar No. 6283811
> Assistant Attorney General
> 100 W. Randolph Street, 12th Floor
> Chicago, IL 60601-3218
> PHONE: (312) 814-3565
> FAX: (312) 814-2253
> EMAIL: credfern@atg.state.il.us

Return to Jan or Ronnie Basile

**Order**                                      CCG N002-300M-2/24/05 (          )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of the State of Illinois

**v.**                                    }    No. *00 CR 19109*

Walter Russell

## ORDER

The Clerk of the Circuit Court is instructed to
Release all real Bonds and records of proceedings
to Assistant Attorney General Charles Redford

ASSOC. JUDGE THOMAS J. O'HARA

JUN 25 2008

Circuit Court - 1763

Atty. No.: 6 2 8 3 8 1 1

Name: Charles Redford, Assistant Attorney General

Atty. for: People of the State of Illinois

Address: 100 W Randolph 12th Flr

City/State/Zip: Chicago, IL 60601

Telephone: (312) 814-3665

**ENTERED:**

**Dated:** _____ 6-25 , 08

_____   1763

**Judge**                        **Judge's No.**

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**