UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. WALTER RUSSELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 1814 |
| | ) | |
| DONALD HULICK, Warden, | ) | The Honorable |
| | ) | Elaine E. Bucklo, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:    Andrew P. Young
       Counsel for Walter Russell
       Kirkland & Ellis, LLP
       200 East Randolph Drive
       Suite 6100
       Chicago, Illinois 60601
       apyoung@kirkland.com

On Wednesday, September 3, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 1441, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Motion For Extension Of Time To Answer The Petition For A Writ Of Habeas Corpus.**

August 26, 2008                          Respectfully submitted,

                                         LISA MADIGAN
                                         Attorney General of Illinois

                              BY:    /s/ Charles Redfern
                                     CHARLES REDFERN, Bar No. 6283811
                                     Assistant Attorney General
                                     100 W. Randolph Street, 12th Floor
                                     Chicago, IL 60601-3218
                                     PHONE: (312) 814-3565
                                     FAX: (312) 814-2253
                                     EMAIL: credfern@atg.state.il.us