**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Walter Russell

                    Plaintiff,

v.                                    Case No.: 1:08–cv–01814
                                    Honorable Elaine E. Bucklo

Donald Hulick

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's motion (20) for an additional extension of time is granted. Defendant must file his response by September 26, 2008. No further extensions will be allowed for any reason. Plaintiff may have until October 24, 2008 to file any reply. Target date for ruling by mail reset for 12/2/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.